UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

SCOTT A. NIRK,

    Plaintiff,

v.

SETERUS, INC., and
FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

    Defendants.
_____/

Case No. 0:17-cv-61786-KMW

Honorable Kathleen M. Williams
Judge Presiding

Honorable Alicia O. Valle
Magistrate Judge

**DEFENDANTS' MOTION FOR EXTENSION
OF TIME TO RESPOND TO AMENDED COMPLAINT**

    Defendants Federal National Mortgage Association ("Fannie Mae") and Seterus, Inc. ("Seterus") (collectively, "Defendants"), by their counsel, move unopposed pursuant to Fed. R. Civ. P. 6(b) for an extension of time allowed for it to answer or otherwise plead to the complaint ("Complaint") filed by Plaintiff Scott A. Nirk ("Plaintiff"), for the reasons that follow:

    1.    On or about September 22, 2017, Plaintiff served Defendant, Seterus, Inc. ("Seterus") with the Summons and Complaint. [D.E. 1]. Seterus's response to the Complaint is currently due on October 13, 2017.

    2.    On or about September 25, 2017, Plaintiff served Defendant, Federal National Mortgage Association ("Fannie Mae") with the Summons and Complaint. [D.E. 1]. Fannie Mae's response to the Complaint is currently due on October 16, 2017.

    3.    In her Complaint, Plaintiff alleges that Defendants breached a contract between the Parties, and that Seterus violated the Real Estate Settlement Procedures Act 12 U.S.C. § 2605, *et seq* ("RESPA") and its implementing regulations, 12 C.F.R. § 1024, *et seq* ("Regulation

X"),  and the Florida Consumer Collection Practices Act, Fla. Stat. § 559.55, *et seq.* ("FCCPA"). *Id.*

4. Defendants require additional time to fully investigate the factual allegations in this matter, and consult with its clients to prepare an appropriate response to the Amended Complaint.

5. This motion is not interposed for the purposes of delay.

6. No party would be unduly prejudiced if the Court grants Defendants an extension of time to enable Defendants to appropriately respond to the Complaint.

7. Plaintiff's counsel has no objection to an extension of time up to and including October 27, 2017.

8. Therefore, Defendants respectfully request an extension of time, up to and including October 27, 2017, to answer or otherwise plead.

WHEREFORE, Defendants, Seterus, Inc. and Federal National Mortgage Association, respectfully request that this Court grant its motion, and allow them an extension of time in which to file its response to the Complaint up to and including October 27, 2017, and that the Court provide such further relief as it deems just and proper.

### Rule 7.1(a)(3) Certification

Pursuant to Local Rule 7.1(a)(3), United States District Court, Southern District of Florida, the counsel for Defendants has conferred with counsel for the Plaintiff, who agrees to the relief sought in this motion.

### Memorandum of Law in Support

As good cause has been shown for the extension of time requested herein, the time for Defendants to file their response to the Plaintiff's Complaint should be extended until on or

before October 27, 2017.  *See* Fed. R. Civ. P. 6(b).

Dated:  October 13, 2017

Respectfully submitted,

**SETERUS, INC. and FEDERAL NATIONAL MORTGAGE ASSOCIATION,**

By:   /s/ Christopher P. Hahn
Christopher P. Hahn, Esq.
MAURICE WUTSCHER LLP
Florida Bar No. 87577
110 E. Broward Blvd., Suite 1700
Fort Lauderdale, FL 33301
Tel: (772) 237-3410
Fax: (866) 581-9302
E-mail: chahn@MauriceWutscher.com

**Certificate of Service**

The undersigned hereby certifies that on this **13th day of October, 2017**, a true and correct copy of the foregoing document and any related exhibits was served via CM/ECF on all interested parties.

/s/ Christopher P. Hahn