IN THE CIRCUIT COURT OF
THE SOUTHERN JUDICIAL
CIRCUIT, IN AND FOR
FORT LAUDERDALE COUNTY, FLORIDA

CASE NO.: 0:17-cv-61786-KMW

SCOTT A. NIRK,

    Plaintiff,

vs.

SETERUS, INC., and FEDERAL
NATIONAL MORTGAGE ASSOCIATION,

    Defendants.
_____/

FILED BY _CPL_ D.C.

JAN 29 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## AMENDED NOTICE OF MEDIATION
### (as to date and time)

PLEASE TAKE NOTICE that the mediation in the above-captioned matter has been scheduled for:

| | |
|---|---|
| DATE: | March 28, 2018 |
| TIME: | 2:00 p.m. |
| PLACE: | Upchurch Watson White & Max, Royal Palm II at Southpointe, 900 S. Pine Island Road, Suite 410, Plantation, |
| MEDIATOR: | Charles A. Mancuso |

DATED this 24th day of January, 2018.

/s/ Charles A. Mancuso
Charles A. Man5046cuso
Mediator #5046
Upchurch Watson White & Max
1060 Maitland Center Commons, Suite 440
Maitland, FL 32751
407-661-1123 phone  407-661-5743 facsimile

### CERTIFICATE OF SERVICE

I hereby certify that on __01/24/2018__ a copy of the above was sent via Electronic Mail to: Jessica Kerr, Esquire, jkerr@advocacypa.com; vmurphy@advocacypa.com; service@advocacypa.com; Christopher P. Hahn, Esquire, chahn@mauricewutscher.com.